**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| ATLS Acquisition, LLC, | ) Case No. 13-10262 (PJW) <br> ) |
| Debtor. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Morton R. Branzburg, Esquire to represent AmerisourceBergen Drug Corporation in this action.

Dated: February 19, 2013

KLEHR HARRISON HARVEY BRANZBURG LLP

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
dpacitti@klehr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and the Commonwealth of Pennsylvania and am admitted to practice before United States District Court for the Eastern District of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 19, 2013

*/s/ Morton R. Branzburg*
Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Philadelphia, PA 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603
mbranzburg@klehr.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2013    _____
United States Bankruptcy Judge

PHIL1 2644084v.1