**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ATLS ACQUISITION, LLC, et al., | ) | Case No. 13-10262 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: To Be Determined** |
| | ) | **Objection Date: April 24, 2015** |
| | ) | **Related Docket Nos. 1929 & 1957** |
| | ) | |

### ORACLE AMERICA, INC.'S REQUEST FOR ALLOWANCE AND PAYMENT OF A CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM

Oracle America, Inc., successor in interest to Responsys (collectively, "Oracle"), creditor and contract counter party in interest in the above-captioned jointly administered Chapter 11 cases, hereby requests allowance and payment of an administrative expense in the amount of $6,000.00 pursuant to sections 503(a) and (b) of the Bankruptcy Code ("Administrative Request"), for post-petition goods and products provided and services rendered by Oracle to Liberty Medical Supply, Inc., one of the affiliated Debtors of ATLS Acquisition, LLC, et al. (the "Debtors").[1]

1.      The Debtors filed their voluntary Chapter 11 bankruptcy petition on February 15, 2013 (the "Petition Date").   The Debtors continue to operate their business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      Oracle submits this Administrative Request pursuant to the Notice of Bar Date for Filing Requests for Payment of Administrative Expense Claims Against the Debtors' Estates

---

[1] Oracle also contends that Debtors are obligated to Oracle in the amount of $6,000 as rejection damages.  On March 25, 2015, Oracle filed a proof of claim for rejection damages, assigned claim number 636.  Oracle is not seeking to recover duplicate sums by virtue of asserting these claims, but rather to preserve the different potential characterizations of its claims pending determination of their allowance.

("Administrative Bar Notice"). The Administrative Bar Notice established an administrative claims bar date of April 13, 2015.

3.      Oracle is a licensor of computer software and provides software related products, technical support, maintenance, educational materials and programs as well as cloud based services which often are designed for the customer's specific needs.

4.      The Administrative Request relates to services provided as a result of a Software as a Service Agreement providing "click to call" cloud-based services (the "Agreement") between Oracle and Liberty Medical Supply, Inc.  On February 23, 2015, the Bankruptcy Court entered its order authorizing the Debtors to reject the Agreement.

5.      Oracle provided click to call cloud based-services to the Debtors after the Petition Date, as evidenced by the Ordering Document for Order # ATG-462KQ as well as the Account Call Volume Log, a redacted copy of which is attached hereto as Exhibit A[2].  The total amount due and unpaid as of the date of this Claim is $6,000.00.

6.      Oracle asserts that it has provided tangible value to the estate because the Debtors have used Oracle's services throughout this Chapter 11 case.

---

[2] The Attachment A referenced in the Ordering Document is the Price List, which has been redacted from this submission.  To the extent that the Debtors do not have the Price List, an un-redacted copy will be provided to the Debtors upon request to the undersigned counsel.

WHEREFORE, Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $6,000.00, and reserves its rights to supplement this Administrative Request if additional unpaid administrative amounts accrue.

Dated: April 10, 2015
Wilmington, Delaware

Respectfully submitted,
**MARGOLIS EDELSTEIN**

/s/ James E. Huggett
James E. Huggett, Esq. (#3956)
300 Delaware Avenue, Suite 800
Wilmington, Delaware  19801
Telephone: (302) 888-1112
E-mail: jhuggett@margolisedelstein.com

Amish R. Doshi, Esq.
**MAGNOZZI & KYE, LLP**
23 Green Street, Suite 302
Huntington, New York 11743
Telephone: (631) 923-2858
E-Mail: adoshi@magnozzikye.com

Shawn M. Christianson, Esq.
Valerie Bantner Peo, Esq.
**BUCHALTER NEMER P.C.**
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone: (415) 227-0900

Deborah Miller, Esq.
Michael Czulada, Esq.
**ORACLE AMERICA, INC.**
500 Oracle Parkway
Redwood City, California  94065
Telephone: (650) 506-5200

*Attorneys for Oracle America, Inc.*